TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00216-CV

Thomas Retzlaff, Appellant

v.

Belinda Mendieta, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY

NO. 37,954, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING 

PER CURIAM

 Thomas Retzlaff has filed a notice of appeal in this cause. His notice of appeal
states there is no final order nor any interlocutory orders in the cause. In general, an appeal may
be prosecuted only from a final judgment that disposes of all issues and parties in a case. See
Mafrige v. Ross, 866 S.W.2d 590, 591-92 (Tex. 1993); Hinde v. Hinde, 701 S.W.2d 637, 639
(Tex. 1985); North E. Indep. Sch. Dist. v. Aldridge, 400 S.W.2d 893, 895 (Tex. 1966). An
exception exists for certain interlocutory orders. See Tex. Civ. Prac. & Rem. Code Ann.
§ 51.014 (West Supp. 1998). Appellant has not responded to this Court's letter advising him of
the problem and giving him an opportunity to cure. See Tex. R. App. P. 42.3. Accordingly,
we dismiss the appeal for want of jurisdiction. See Tex. R. App. P. 42.3(a).

Before Chief Justice Yeakel, Justices Aboussie and Jones

Appeal Dismissed for Want of Jurisdiction

Filed: August 31, 1998

Do Not Publish